# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

UNENSAIKHAN CHULUUNBAT, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

WELTMAN, WEINBERG & REIS CO., L.P.A.,

Defendant.

Case No. 20 C 2697
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):
☐ in favor of plaintiff(s) and against defendant(s) in the amount of $ _____
which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s),

and against Plaintiff (s)

Defendant(s) shall recover costs from plaintiff(s)

☒ other: Case dismissed for lack of Article III standing

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date: 9/25/2024

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk